1  McGREGOR W. SCOTT
   United States Attorney
2  MATTHEW C. STEGMAN
   Assistant U.S. Attorney
3  JOHN S. GATSCHET
   Certified Law Student
4  501 "I" Street, Suite 10-100
   Sacramento, CA 95814
5  Telephone: (916) 554-2805

**FILED**

APR 2 5 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD S. MULLENIX,<br><br>　　　　Defendant. | 2:06-CR-0178 GGH<br><br>VIOLATIONS: 29 U.S.C. § 439(c) and 18 U.S.C. § 2 - False Entry in and Willful Concealment of Books and Records and Aiding and Abetting (2 counts); 29 U.S.C. § 439(b) - False Statements and Representations of Fact with Knowledge of Falsehood |

I N F O R M A T I O N

COUNT ONE:  [29 U.S.C. § 439(c) and 18 U.S.C. § 2, False Entry in and Willful Concealment of Books and Records and Aiding and Abetting]

　　The United States Attorney charges: T H A T

　　　　　　　RICHARD S. MULLENIX,

the defendant herein, on or about July 17, 2001, in the County of Yolo, State and Eastern District of California, did willfully make false entries and reports in books, records, reports and statements required to be kept as defined in Title 29, United States Code, Chapter 11, Subchapter III, concerning the expenditure of funds that are the property of the Northern

1 California Beverage Employees Union, to wit: while serving in the
2 capacity as President of said union, the defendant withdrew Union
3 money from the union's bank account for personal use while
4 documenting that the money was for legal services, when in fact
5 no legal services had been received, all in violation of Title
6 29, United States Code, Section 439(c), and Title 18 United
7 States Code, Section 2, a misdemeanor.

8 COUNT TWO:   [29 U.S.C. § 439(c) and 18 U.S.C. § 2, False Entry in and Willful Concealment of Books and Records and
9 Aiding and Abetting]

10      The United States Attorney further charges: T H A T
11                   RICHARD S. MULLENIX,
12 the defendant herein, on or about July 24, 2002, in the County of
13 Yolo, State and Eastern District of California, did willfully
14 make false entries and reports in books, records, reports and
15 statements required to be kept as defined in Title 29, United
16 States Code, Chapter 11, Subchapter III, concerning the
17 expenditure of funds that are the property of the Northern
18 California Beverage Employees Union, to wit: while serving in the
19 capacity as President of said union, the defendant issued a union
20 check to himself writing on the memorandum line of the check
21 that the money was for legal services when in fact no legal
22 services had been received, all in violation of Title 29, United
23 States Code, Section 439(c), and Title 18 United States Code,
24 Section 2, a misdemeanor.
25 ///
26 ///
27 ///
28 ///

1  COUNT THREE:    [29 U.S.C. § 439(b), False Statements and
                    Representations of Fact with Knowledge of
2                   Falsehood]

3          The United States Attorney further charges: T H A T

4                  RICHARD S. MULLENIX,

5  the defendant herein, on or about July 17, 2001, in the County of
6  Yolo, State and Eastern District of California, did make a false
7  statement and representation of material fact, knowing it to be
8  false, in documents, reports, and other information as defined in
9  Title 29, United States Code, Chapter 11, Subchapter III,
10 concerning the financial records of the Northern California
11 Beverage Employees Union, to wit: while serving in the capacity
12 as President of said union, the defendant, made a false statement
13 to the Union Treasurer concerning money that he had withdrawn
14 from union bank accounts, all in violation of Title 29, United
15 States Code, Section 439(b), a misdemeanor.

16 DATED: April 25, 2006                McGREGOR W. SCOTT
                                        United States Attorney
17
18                                   By: _____
                                        MATTHEW C. STEGMAN
19                                      Assistant U.S. Attorney

3

PENALTY SLIP    2:06 - CR - 0178   GGH

COUNTS 1-2

VIOLATION: 29 U.S.C. § 439(c) and 18 U.S.C. § 2 - False Entry in and Willful Concealment of Books and Records and Aiding and Abetting

PENALTY: Fine of not more than $100,000, imprisonment of not more than 1 year, or both.

SUPERVISED RELEASE: One year term of supervised release

COURT ASSESSMENT: $25.00 for each count

COUNT 3

VIOLATION: 29 U.S.C. § 439(b) - False Statements and Representations of Fact with Knowledge of Falsehood

PENALTY: Fine of not more than $100,000, imprisonment of not more than 1 year, or both.

SUPERVISED RELEASE: One year term of supervised release

COURT ASSESSMENT: $25.00 for each count